UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Pamella Annmarie Gallimore                          Chapter 13

                                                            Case No. _

Debtor.

## Chapter 13 Plan

Address:       Debtor   3554 Kings Arms St., Memphis, TN 38115

Plan Payment:

Debtor Shall Pay:   $ 563.00   Every Two Weeks

Or by: ( X )Payroll Deduction   Support Solutions, 5905 Shelby Oaks, Memphis, TN 38134

1.  This Plan [Rule 3015.1 Notice]:

    (A) Contains a Non-standard Provision [See provision 19].                    (X) Yes   ( )   No

    (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim (X) Yes   ( )   No
        [See provisions 7 and 8].

    (C) Avoids a Security Interest or Lien. [See provision 12].                  ( ) Yes   (X)   No

2.  Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3.  Auto Insurance:      ( ) Included in Plan      Or (X) Not Included in Plan if proof provided by Debtor

4.  Domestic Support Paid By:  ( ) Debtor Directly ( ) Wage Assignment   ( ) Trustee To:        Monthly Pmt.
                              ongoing payment begins

5.  Priority Claims:                                                                            Monthly Pmt.
                                               Amount

6.  Home Mortgage Claims:      ( ) Paid Directly by Debtor or ( X ) Paid by Trustee To:         Monthly Pmt.
    Home Point                ongoing payment begins   March 2020                              $567.81
                              Approximate arrearage   $3,408.00      Interest      0.00%        $57.00

7.  Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:        Collateral Value   Interest Rate   Monthly Pmt.
    Conn's (hhg)                                         $        200.00           0.00%           $10.00

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Chrysler Capital (2017 Kia Optima) | $    169,020.00 | 0.00% | $338.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

Collateral _____

10. Special Class Unsecured Claims:

|  | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Nelnet (student loan) (partial) | $    1,000.00 | 4.00% | $20.00 |

11. Student Loan Claims and Other Long Term Claims:

Nelnet (balance) _____    (X) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:    ( ) _____ ;
Or (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

_____    ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:

For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the

hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

/s/ Jimmy E. McElroy  TN Bar #011908        Date    November 19, 2019
Debtor's Attorney's Signature

November 19, 2019

910 > May 23, 2017